# Court of Appeals
# of the State of Georgia

ATLANTA,  December 04, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0752.  ORLANDO NELSON v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.**

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling in state court, which issued a writ of possession to the plaintiff. Nelson appealed that decision to the superior court, which dismissed his appeal. Nelson then appealed directly to this Court. However, we lack jurisdiction for two reasons.

First, when a superior court order involves a de novo appeal of a magistrate court decision, an appellant is required to follow the discretionary appeal procedure to obtain appellate review in this Court. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1). Second, appeals from judgments in dispossessory actions must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56; *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). Here, Nelson filed this appeal eight days after entry of the order he wishes to appeal.

Accordingly, Nelson's notice of direct appeal does not give rise to a valid appeal, and this case is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  12/04/2017*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*